**FILED: 11/7/12**

**JS - 6**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *John Nordblad, et al.,* | CASE NO. CV 12-6397-GHK (MLGx) |
| **Plaintiffs,** | JUDGMENT |
| v. | |
| *New Century Mortgage Corporation, et. al,* | |
| **Defendants.** | |

Pursuant to the Court's November 7, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiffs John Nordblad and Susan Nordblad's ("Plaintiffs") TILA and RESPA claims against Defendants New Century Mortgage Corporation; NC Residual II Corp.; New Century Mortgage Securities, Inc.; New Century Home Equity Loan Trust 2004-2; Deutsche Bank National Trust Company, as Indenture Trustee for New Century Home Equity Loan Trust 2004-2 (erroneously named as "Deutsche Bank National Trust Company"); and Mortgage Electronic Registration Systems, Inc. (collectively, "Defendants") are **DISMISSED with prejudice.** Also pursuant to the Court's

//
//
//
//

1  November 7, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiffs' state law claims
2  against Defendants are **DISMISSED without prejudice to refiling in state court**.
3  **IT IS SO ORDERED**.
4  DATED: November 7, 2012

_____
GEORGE H. KING
Chief United States District Judge

2