**FILED: 11/7/12**

JS - 6

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *John Nordblad, et al.*,        ) | **CASE NO. CV 12-6397-GHK (MLGx)** |
|                                 ) | |
| **Plaintiffs,**        ) | **JUDGMENT** |
|                                 ) | |
| **v.**                ) | |
|                                 ) | |
| *New Century Mortgage Corporation,* ) | |
| *et. al*,                       ) | |
|                                 ) | |
| **Defendants.**     ) | |

_____

Pursuant to the Court's November 7, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiffs John Nordblad and Susan Nordblad's ("Plaintiffs") TILA and RESPA claims against Defendants New Century Mortgage Corporation; NC Residual II Corp.; New Century Mortgage Securities, Inc.; New Century Home Equity Loan Trust 2004-2; Deutsche Bank National Trust Company, as Indenture Trustee for New Century Home Equity Loan Trust 2004-2 (erroneously named as "Deutsche Bank National Trust Company"); and Mortgage Electronic Registration Systems, Inc. (collectively, "Defendants") are **DISMISSED with prejudice.**  Also pursuant to the Court's

//

//

//

//

November 7, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiffs' state law claims against Defendants are **DISMISSED without prejudice to refiling in state court**.

**IT IS SO ORDERED**.

DATED: November 7, 2012

_____
GEORGE H. KING
Chief United States District Judge